**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **NovaSom, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **77-0328116** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **801 Cromwell Park Drive** **Glen Burnie, MD 21061** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Anne Arundel** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **novasom.com** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **NovaSom, Inc.** _____     Case number (*if known*) _____
     Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

           _____  _____  _____  _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **NovaSom, Inc.**                                          Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **NovaSom, Inc.**                                    Case number (*if known*) _____
          Name

▓▓▓▓▓   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **August  2, 2019**
               MM / DD / YYYY

X _~signature~_                                    Gregory J. Stokes
Signature of authorized representative of debtor       Printed name

Title    **President & CEO**

---

**18. Signature of attorney**

X /s/ Peter C. Hughes                              Date  **August  2, 2019**
Signature of attorney for debtor                         MM / DD / YYYY

Peter C. Hughes, Esquire                          CO-COUNSEL: Jeffrey Kurtzman, Esquire
Printed name

**DILWORTH PAXSON LLP**                           **KURTZMAN | STEADY, LLC**
Firm name

**One Customs House, Suite 500**                  **401 S. 2nd Street, Suite 200**
**704 N. Kings Street, Suite 500**                **Philadelphia, PA 19147**
**Wilmington, DE 19899-1031**                     kurtzman@kurtzmansteady.com  (215) 883-1600
Number, Street, City, State & ZIP Code

Contact phone  (302) 571-9800        Email address   phughes@dilworthlaw.com

**DE 4180**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **NovaSom, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 2, 2019**      X _Greg Stokes_ _____
                                     Signature of individual signing on behalf of debtor

                                     **Gregory J. Stokes**
                                     Printed name

                                     **President & CEO**
                                     Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In re**
NovaSom, Inc.                                        Case No.   19-_____

                          **Debtor(s)**

**Debtor**                                           Chapter   11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    Hourly Rates

   Prior to the filing of this statement I have received          $75,000.00

   Balance Due                                                    Unknown

2.  The source of the compensation paid to me was:
    ☒ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☒ Debtor                    ☐ Other (specify): N/A

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for certain aspects of the bankruptcy case, including:

    **As described in the Dilworth Paxson LLP retention application.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services: None.

---

### CERTIFICATION
  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 2, 2019**                          **/s/ Peter C. Hughes**
*Date*                                       *Signature of Attorney*
                                             **Peter C. Hughes, Esquire**
                                             **Dilworth Paxson LLP**
                                             **1500 Market Street, Suite 3500E**
                                             **Philadelphia, PA 19102**
                                             **(215)575-7000  Fax: (215)575-7200**
                                             **phughes@dilworthlaw.com**

---

120985816_1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re __NovaSom, Inc._____ Case No. _____

Debtor(s)                                    Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 22,711.50 |
| Prior to the filing of this statement I have received | $ 22,711.50 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August  2, 2019_____        /s/ Jeffrey Kurtzman
_Date_                                      **Jeffrey Kurtzman Esquire**
                                            _Signature of Attorney_
                                            **KURTZMAN | STEADY, LLC**
                                            **401 S. 2nd Street**
                                            **Philadelphia, PA 19147**
                                            **(215) 883-1600  Fax: (609) 482-8011**
                                            **kurtzman@kurtzmansteady.com**
                                            _Name of law firm_

---

Fill in this information to identify the case:

Debtor name **NovaSom, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AdvantEdge Healthcare Sol., Inc. c/o AHS Services Inc. PO Box 638564 Cincinnati, OH 45263-8564 | | Consultant | | | | $314,744.93 |
| Austria-Rea Enterprises, LLC 850 Calle Plano Suite F Camarillo, CA 93012 | | Supplier | | | | $128,392.50 |
| CR Group LP 1000 Main St. Suite 2500 Houston, TX 77002 | | Investment Group | | | | $150,000.00 |
| eFax Corporate c/o J2 Global Comm., Inc PO BOX 51873 Los Angeles, CA 90051 | | Utilities | | | | $19,212.08 |
| Expedient/Continental Broadband PO Box 645209 Pittsburgh, PA 15264-5209 | | Vendor | | | | $34,410.15 |
| Fogarty Engineering, Inc. 3270 Alpine Road Portola Valley, CA 94028 | | Royalties | | | | $374,890.00 |
| Infosys Technologies, Ltd 3998 Collections Center Drive Chicago, IL 60693 | | Consultant | | | | $34,073.60 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **NovaSom, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mediaid, Inc 17517 Fabrica Way Suite E Cerritos, CA 90703 | | Supplier | | | | $131,400.00 |
| Minuteman Press Inc. 100 Roesler Rd Suite 101 Glen Burnie, MD 21060 | | Vendor | | | | $21,281.56 |
| Morgan Lewis & Bockius 1701 Market Street Philadelphia, PA 19103-2921 | | Legal services | | | | $35,508.27 |
| NextGen Healthcare, Inc 18111 Von Karman Avenue Suite 800 Irvine, CA 92612 | | Consultant | | | | $34,234.55 |
| Parker Hannifin Corporation 7925 Collection Center Drive Chicago, IL 60693 | | Supplier | | | | $40,560.50 |
| RSM US LLP 5155 Paysphere Circle Chicago, IL 60674 | | Consultant | | | | $41,035.55 |
| Salesforce.com, Inc. The Landmark at One  Market Street # 300 San Francisco, CA 94105 | | Consultant | | | | $120,100.66 |
| St. John Properties, Inc. St. John Properties, Inc - D PO BOX 62696 Baltimore, MD 21264 | | Rent | | | | $32,387.51 |
| UPS PO BOX 7247-0244 Philadelphia, PA 19170-0001 | | Freight | | | | $353,068.43 |
| UrgentCare Mentor, LLC 155 Waterford Circle Rancho Mirage, CA 92270 | | Consultant | | | | $92,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **NovaSom, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vonage Business PO Box 392479 Pittsburgh, PA 15251-9479** | | **Utilities** | | | | **$20,669.86** |
| **Willard Packaging Company PO BOX 27 Gaithersburg, MD 20884** | | **Vendor** | | | | **$26,123.54** |
| **Zentech Manufacturing, Inc PO BOX 85079 Chicago, IL 60680** | | **Manufacturer/Servicer** | | | | **$811,357.56** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3

# United States Bankruptcy Court
## District of Delaware

| In re | NovaSom, Inc. | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**SEE ATTACHED SCHEDULE**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 2, 2019**          Signature _Greg Stokes_

Gregory J. Stokes

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| NovaSom, Inc. Stockholder Name | Common | Series A-1 | Series A-1 Prime | Series A-2 | Series A-2 Prime | Series B-1 | Series B-1 Prime | Series C | Series C Prime | Series D | Series D Prime | Series E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 Jan P. Barker Revocable Living Trust, dated May 1, 1998 | | | | | | 10,390 | | | | 4,721 | | |
| Abael Karakasoglu | 687 | | | | | | | | | | | |
| Abna E.K. Pakkala | | 604 | | 5,008 | | 4,432 | | | | 4,602 | | |
| Archerbrook VI LLC | 1,378,241 | | | | | | | | | | | |
| Asephi G Ann | 90 | 1,592 | | 1,110 | | 2,914 | | | | 11,147 | | |
| Anette Campbell-White | 198,096 | | | | | | | | | | | |
| Anthony F. Matouk | 837 | | | | | | | | | | | |
| APM Profit Sharing Trust | 11 | | | | | | | | | | | |
| Atherton Venture Fund I, LLC | 2,827 | | | | | | | | | | | |
| Atherton Venture Fund II, LLC | 34,389 | 10,224 | | 86,313 | | 75,048 | | | | 77,918 | | |
| Bert A. Kobayashi | | 1,685 | | 14,222 | | 12,365 | | | | 12,838 | | |
| Bert A. Kobayashi, Jr. | | | | | | | | | | | | |
| Carol O'Donnell Kriefoffer | 2,890 | | | | | | | | | | | |
| Chan N. Hung | 9 | | | | | | | | | | | |
| Christopher Brown, M.D. | 32 | | | | | | | | | | | |
| Christopher T. Campos | 67 | | | | | | | | | | | |
| CWAJAR, LLC | 267 | 4,777 | | 3,328 | | 8,744 | | | | 33,440 | | |
| David Hoffman | 7 | | | | | | | | | | | |
| David Meelker | 503 | | | | | | | | | | | |
| David Neubauer | 1,907 | | | | | | | | | | | |
| David Remmar | 971 | | | | | | | | | | | |
| Debra Pierce | 1,667 | | | | | | | | | | | |
| D'zeer Enzmann, M.D. | 3,144 | | | | | | | | | | | |
| Elsa Matouk, M.D. | 246 | | | | | | | | | | | |
| Elvin Berner | 200 | | | | | | | | | | | |
| Emergent Medical Associates, L.P. | | | | | | 65,948 | | 66,358 | | 75,148 | | |
| Emergent Medical Partners, L.P. | | | | | | 245,771 | | 245,562 | | 278,756 | | |
| Ernest S. Biczak | | | | | | | | | | | | |
| East West Bank | | | | | | | | | | | | 1,575,000 |
| Essex Capital Corporation | | 978 | | 8,259 | | 7,181 | | | | 7,455 | | |
| Eugene Matsuyama, MD | | 9,686 | | 10,103 | | 21,345 | | | | 280,216 | | |
| Tseteau (Mauritius) Limited as Trustee of the Lava Flow Holdings, LLC | 333 | | | | | | | | | | | |
| Francis H. Koch and John F. Koch, Trustees of the Survivor's Trust under the Koch Family Trust Agreement dated August 19, 2003 | | | | | 7,961 | | 8,586 | | | | | |
| Frank Baldwin | 2,273 | | | | | | | | | | | |
| Frank Fischer | 2,192 | | | | | | | | | | | |
| Gary Corbett | 65,291 | | | | | | | | | | | |
| Gary Skory | 35,648 | | | | | | | | | | | |
| George Choi | 159,844 | | | | | | | | | | | |
| Gerald Berner and Harriet Berner, Trustees of the Gerald Berner and Harriet Berner Family Trust dated 10/17/81 | | 1,666 | | 1,161 | | 3,049 | | | | 2,668 | | |
| Gregory A. Hartzler | 137 | | 2,444 | | 1703 | | 4,476 | | | | 17,114 | |
| Gregory J. Hofman | 6 | | | | | | | | | | | |
| Gregory Stokes | | | | | | | | | | | | 2,025,000 |
| Gwendolyn Watanabe | | 818 | | 6,913 | | 6,010 | | | | 6,240 | | |

| Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harold C. Hohbach | 1,936 | 262 | 622 | 434 | 1,138 | | | 996 |
| J. Scott Adams | 412 | | | | | | | |
| James D. Mogul Profit Sharing Plan | | | | | | | | |
| James H. Kobayashi | 7,826 | | | 66,070 | 57,447 | | 59,644 | |
| Jeffrey G. Avre Trust | 1,957 | | | 16,517 | 14,562 | | 14,911 | |
| Jeffrey S. Hassen | 8,333 | | | | | | | |
| Jill M. Johnson | 53 | | | | | | | |
| John Miller | 11 | | | | | | | |
| John R. Lantz II | 2 | | | | | | | |
| John Sprenzagel | | | | | | | | |
| Johnson & Johnson Development Corporation | 234,140 | | | | | | | 2,325,000 |
| Justin Miller | 1,200 | | | | | | | |
| Karl Johnson | 9,882 | | | | | | | |
| Kelley M. Tyson | 62 | | | | | | | |
| Kevin Greenwell | | 240 | | 2,028 | 1,763 | | 1,830 | |
| KFLP, LLC | 261 | 5,551 | | 46,859 | 40,743 | | 42,302 | |
| Larry Grotte | 925 | | | | | | | |
| Lauren Yosovsky | | | | | | | | |
| Lmnl & Co. | 164,752 | | | | | | | |
| Lindsay A. Lantz Profit Sharing Plan | 4 | 1,638 | | 13,824 | 12,020 | | 12,480 | |
| MacNaughton Investments, LLC | | 10,398 | | 87,786 | 76,328 | | 79,247 | |
| Mac'PRC Partners | 1,070 | 793 | | 831 | 1,752 | | 1,533 | |
| Marilyn A. Hohbach | 417,985 | | | | | | | |
| Michael J. Thomas | 62 | | | | | | | |
| Michel BehandOumi | | 1,384 | | 11,681 | 10,156 | | 10,544 | |
| MNE Holdings, Inc. | 138 | | | | | | | |
| Niki Paznlola (Mr.) | 85 | | | | | | | |
| Newbury Ventures | | | | | | | | |
| PacWest Bancorp (formerly Square 1 Bank) | | | | | | | | |
| Pegazmo Trust | 5,490 | | | | | | | |
| Patrick K. Kobayashi | | 2,559 | | 21,354 | 18,567 | | 19,278 | |
| Quaker Bio Ventures II L.P. | 457,191 | 5,872 | | 25,526 | 33,867 | | 29,637 | 4,760,659 |
| R. Austin Williams | 68 | | | | | | | |
| Randall T. Higashida | 600 | | | | 6,234,414 | | 4,467,997 | |
| Raymond A. Williams, Jr. | 33,178 | | | | | | | |
| Reid Alexander Williams | 68 | | 2,954 | 23,360 | 50,950 | | | 47,229 |
| Richard L. Goode | 223 | | | | | | | |
| Ronald H. Kobayashi | | 9,783 | | 82,587 | 71808 | | 74,554 | |
| S. Allan Johnson | 182,743 | | | | | | | |
| Safeguard Delaware, Inc. | 250 | | | | | | | 17,002,465 |
| Scott B. Rather | 65,900 | | | | | | | |
| Shea Ventures | 155 | | | | | | | |
| Sterling Family Trust | | | | | | | | |
| Steven L. Crex and Elizabeth P. Crex Trustees of the Crex Family Trust U/D/T June 26, 1992 | 482 | | | | | | | |
| Steven W. Gruman | 8,333 | | | | | | | |
| Symmetry Secondary Fund 2004, LP | 65,900 | | | | | | | |
| T. Bud Wareham | 2 | | | | | | | |
| Terence O'Shea | | | | | | | | |
| Theodore R. Kucklick | | 266 | | 93 | 388 | | 339 | |
| Thomas J. Fogarty, Trustee of the Thomas J. Fogarty Separate Property Trust dated 2/6/87 | 299,395 | | | | 321,252 | 103,907 | 216,660 | |
| Tom Hasford | 13,750 | | | | | | | |
| TPG Biotechnology Partners II, L.P. | | | | | | | | 1,575,000 |
| | | | | | | 2,576,891 | 7,174,204 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Penson Trust Company LLC CUST FBO Francis H. Eccls IRA | 66 | | | 0 | | 0 | | | | | 20,028 | |
| Vasile I. Rumba | 21,967 | | | | | | | | | | | |
| Vinod Gupta Rev. Trust | 1,096 | | | | | | | | | | | |
| Wally S. and Patricia Buch Revocable 1993 Trust | 33 | | | | | | | | | | | |
| Walter A. Wallach and Kristen L. Wallach | 305 | | | | | | | | | | | |
| Washihma Associates | 38 | | | | | | | | | | | |
| Warren Morgan | | | | | | | | | | | | |
| Wayne T. Tanigawa | 1,384 | | 11,681 | | 10,156 | | | | 10,544 | | | |
| Woodward Family Trust U/A/D dated August 23, 1990 | 144 | | | | | | | | | | | |
| WS Investment Company 99A | 80 | | | | | | | | | | | |
| W11 Ventures | 63,958 | | | | | | | | | | | |
| **TOTALS** | 3,955,802 | 82,273 | 5,398 | 523,778 | 33,024 | 1,134,944 | 6,298,426 | 2,992,518 | 4,467,097 | 8,543,832 | 21,847,095 | 7,500,000 |

## United States Bankruptcy Court
### District of Delaware

In re    NovaSom, Inc.
                                                    Case No.
                          Debtor(s)                 Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 2, 2019

Gregory J. Stokes/President & CEO
Signer/Title

NOVASOM, INC.
801 CROMWELL PARK DRIVE
GLEN BURNIE, MD 21061

.

JEFFREY KURTZMAN
KURTZMAN | STEADY, LLC
401 S. 2ND STREET
PHILADELPHIA, PA 19147

1998 JAN P. BARKER
REVOCABLE LIVING TRUST
26 WILDWOOD DRIVE
SAN MATEO, CA 94402

ADAM B. HERNANDEZ
1810 WOODSTOCK ROAD
WOODSTOCK, MD 21163

ADT SECURITY SYSTEMS, INC.
P.O. BOX 371967
PITTSBURGH, PA 15250

ADVANCED BUSINESS SYSTEMS
P.O. BOX 759319
BALTIMORE, MD 21275

ADVANTEDGE HEALTHCARE SOL., INC.
C/O AHS SERVICES INC.
PO BOX 638564
CINCINNATI, OH 45263-8564

AHMET KARAKASOGLU
168 ELY PLACE
PALO ALTO, CA 94306

ALABAMA DEPT. OF REVENUE
BUSINESS PRIVILEGE TAX SECTION
P.O. BOX 327320
MONTGOMERY, AL 36132-7320

ALANA E.K. PAKKALA
1288 ALA MOANA BLVD., SUITE 201
HONOLULU, HAWAII 96814-0000

AMBERBROOK IV, LLC
C/O WILLOWRIDGE PARTN
ATTN: JERRY NEWMAN
122 EAST 42ND STREET
NEW YORK, NY 10017

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

AMUR EQUIPMENT FINANCE, INC.
801 CROMWELL PARK DRIVE
SUITE 108
GLEN BURNIE, MD 21061

ANGELA ARNN
1701 ROGERS ROAD
APT. 433
FORT WORTH, TX 76107

ANNETTE CAMPBELL-WHITE
12985 SKYLINE BLVD.
OAKLAND, CA 94619

ANTHONY F. MATOUK
1700 WILLIAM HENRY COURT
#105
LOS ALTOS, CA 94022

APM PROFIT SHARING TRUST
ATTN: PHILLIP G. LARSON TRUSTEE
176 ENCINAL AVENUE
ATHERTON, CA 94027

ARIZONA DEPT. OF REVENUE
P.O. BOX 29079
PHOENIX, AZ 85038-9079

ARKADIN
PO BOX 347261
ATTN: ACCOUNTS RECEIVABLE
PITTSBURGH, PA 15251-4261

ASCENTIUM CAPITAL, LLC
23970 HWY 59 N.
KINGWOOD, TX 77339

ASSURITY LIFE INS COMPANY
PO BOX 957494
ST. LOUIS, MO 63195-7494

ATHERTON VENTURE FUND I, LL
ATTN:  DAVID M. NEUBAUER
3501 SEALEDGE LANE
SANTA BARBARA, CA 93109

ATHERTON VENTURE FUND II, L
ATTN:  DAVID M. NEUBAUER
3501 SEALEDGE LANE
SANTA BARBARA, CA 93109

AUSTRIA-REA ENTERPRISES, LLC
850 CALLE PLANO
SUITE F
CAMARILLO, CA 93012

AUTO QUEST INC.
6C WORCHESTER DRIVE
MONROE TOWNSHIP, NJ 08831-493

BANKDIRECT CAPITAL FINANCE
PO BOX 660448
DALLAS, TX 75266-0448

BB&T COMMERCIAL EQUIPMENTC
2 GREAT VALLEY PARKWAY
SUITE 30019355

BENETRAC
LOCKBOX #732954
PO BOX 732954
DALLAS, TX 75373-2954

BERT A. KOBAYASHI
1288 ALA MOANA BLVD., SUITE 2
HONOLULU, HAWAII 96814-0000

BERT A. KOBAYASHI, JR.
1288 ALA MOANA BLVD., SUITE 2
HONOLULU, HAWAII 96814-0000

BETHKE CPA, LLC
1613 GUSTON CT
SILVER SPRING, MD 20906

CHRISTOPHER BROWN, M.D.
2351 CLAY #501
SAN FRANCISCO, CA 94115

CORPORATION SERVICE COMPA
PO BOX 13397
PHILADELPHIA, PA 19101-3397

BLUE BRIDGE FINANCIAL, LLC
11911 FREEDOM DRIVE
ONE FOUNTAIN SQUARE
SUITE 570
RESTON, VA 20190

CHRISTOPHER T. CAMPOS
11214 TORRINGTON ROAD
LOUISVILLE, KY 40272

COVERALL SERVICE COMPANY
NGT CORP - MARYLAND
8965 GUILFORD ROAD, SUITE 100
COLUMBIA, MD 21046

BRYN MAWR EQUIPMENT
FINANCE, INC.
801 LANCASTER AVENUE
BRYN MAWR, PA 19010

CIGNA-LINA
P.O. BOX 13701
PHILADELPHIA, PA 19101-3701

CR GROUP LP
1000 MAIN ST.
SUITE 2500
HOUSTON, TX 77002

BYL COLLECTION SERVICES, LLC
301 LACEY STREET
WEST CHESTER, PA 19382

CIT BANK, N.A.
155 COMMERCE WAY
PORTSMOUTH, NH 03801

CREEKRIDGE FINANCIAL
7808 CREEKRIDGE CIRCLE
MINNEAPOLIS, MN 55439

CALIFORNIA DEPT. OF TAX AND FEE
ADMIN. ACCOUNT INFO. GROUP
P.O. BOX 942879
SACRAMENTO, CA 94278

COLORADO DEPT. OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261

CRESTMARK VENDOR FINANCE
(A DIVISION OF METABANK)
5480 CORPORATE DRIVE
SUITE 350
TROY, MI 48098

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

COLORITE POLYMERS
2870 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CT CORPORATION SYSTEM, AS R
330 N. BRAND BLVD.
SUITE 700
ATTN: SPRS
GLENDALE, CA 91203

CAROL  O'DONNELL KRADOLFER
115 MOBLEY DR.
BOISE, MD 83712

COMCAST
PO BOX 3005
SOUTHEASTERN, PA 19398

CWAHAF, LLC, LATHROP & GAGE
PETER BROWN, MANAGER
10851 MASTIN BLVD., SUITE 1000
OVERLAND PARK, KS 66210

CENCOR CAPITAL, LLC
207 GRAND BLVD.
PARK RIDGE, IL 60068-3133

COMPTROLLER OF MARYLAND
REVENUE ADMIN. DIVISION
110 CARROLL STREET
ANNAPOLIS, MD 21411

DAVID HOFFMAN
495 GRANITE RIDGE DRIVE
SANTA CRUZ, CA 95065

CHANGE HEALTHCARE SOL. LLC
PO BOX 572490
MURRAY, UT 84157-2490

CONCUR TECHNOLOGIES, INC
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DAVID MUSKET
C/O CORPORATE CONSULTING
85 E. INDIA ROW 2E
BOSTON, MA 02110

CHIN N. HUNG
ATTN: NICHOLAS HUNG
18400 SAN JOSE AVE
CITY OF INDUSTRY, CA 91748

CONN. DEPT. OF REVENUE SERV.
P.O. BOX 5089
HARTFORD, CT 06102-5089

DAVID NEUBAUER
3501 SEALEDGE LANE
SANTA BARBARA, CA 93109

DAVID REMENAR
441 SCOTCHTOWN COLLABAR RD
MIDDLETOWN, NY 10941

ELIAS DARATOURI, M.D.
3097 THE BOULEVARD
MONTREAL, QUEBEC, CANADA H3Y 1R8

FARNAM STREET FINANCIAL, INC
5850 OPUS PARKWAY
SUITE 240
HOPKINS, MN 55343


DEAN FRYMOYER LLC
417 FLORET AVENUE
READING, PA 19605

ELLYN BERNER
670 PETTIS AVE
MOUNTAIN VIEW, CA 94041

FIDELITY CAPITAL PARTNERS, L
ATTN: JEFF EMARD
19600 FAIRCHILD ROAD
SUITE 120
IRVINE, CA 92612


DEBRA PIERCE
4361 SIMCA LANE
CINCINNATI, OH 45211

EMAGINE COMMUNCICATIONS
1082 DAVOL STREET
LOWER LEVEL
FALL RIVER, MA 02721

FINANCIAL AGENT SERVICES
P.O. BOX 2576
SPRINGFIELD, IL 62708


DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

EMERGENT MED. PARTNERS, L.P.
ATTN: THOMAS FOGARTY, MD
205 SOUTH DRIVE, SUITE B
MOUNTAIN VIEW, CA 94040

FIRST FINANCIAL CORPORATION
DEPT. # 2067
P.O. BOX 87618
CHICAGO, IL 60680


DELL BUSINESS CREDIT
P.O. BOX 5275
CAROL STREAM, IL 60197

EMERGENT MEDICAL ASSOC., L.P.
ATTN: THOMAS FOGARTY, MD
205 SOUTH DRIVE, SUITE B
MOUNTAIN VIEW, CA 94040

FIVE9, INC.
4000 EXECUTIVE PARKWAY
SUITE 400
SAN RAMON, CA 94583


DEPT. OF LABOR & INDUSTRIES
950 BORADWAY
SUITE 200
TACOMA, WA 98402

ERNEST S. BICZAK
POST OFFICE BOX 240
BROOKSIDE, NJ 07926

FLORIDA DEPT. OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL 32399


DIETER ENZMANN, M.D.
14027 AUBREY ROAD
BEVERLY HILLS,, CA 90210

ESSEX CAPITAL CORPORATION
1486 EAST VALLEY ROAD
SANTA BARBARA, CA 93108-1241

FOGARTY ENGINEERING, INC.
3270 ALPINE ROAD
PORTOLA VALLEY, CA 94028


EAST WEST BANK
2350 MISSION COLLEGE BLVD.
SUITE 988
SANTA CLARA, CA 95054

EUGENE MATSUYAMA
850 ONAHA STREET
HONOLULU, HAWAII 96816-0000

FOGARTY HOLDINGS, LLC
205 SOUTH DRIVE, SUITE B
MOUNTAIN VIEW, CA 94040


EFAX CORPORATE
C/O J2 GLOBAL COMM., INC
PO BOX 51873
LOS ANGELES, CA 90051

EXPEDIENT/CONTINENTAL
  BROADBAND
PO BOX 645209
PITTSBURGH, PA 15264-5209

FRANCIS H. KOCH & JOHN F. K TR
OF THE SURVIVOR'S TRUST UNDK H
FAMILY TRUSTE AGREEMENT DA 8/
403 RAMONA ROAD
PORTOLA VALLEY, CA 94028


EISNERAMPER LLP
PO BOX 360635
PITTSBURGH, PA 15251-6635

FARNAM STREET FINANCIAL
5850 OPUS PARKWAY
SUITE 240
HOPKINS, MN 55343

FRANCIS H. KOCH AND JOHN F K
TRUST
ATTN: FRANCIS H. KOCH
403 RAMONA ROAD
PORTOLA VALLEY, CA 94028

FRANK BALDWIN
2650 JONQUIL DRIVE
SAN DIEGO, CA 92106

GREGORY J HARTZLER
1245 WILSON AVENUE
GOSHEN, IN 46526

HS TECHNOLOGY GROUP
1215 GREENWOOD ROAD
BALTIMORE, MD 21208

FRANK FISCHER
86 FAXON ROAD
ATHERTON, CA 94027

GREGORY J. HEDMAN
15104 LYNN AVENUE
LOS GATOS, CA 95032

ILLINOIS DEPT. OF REVENUE
P.O. BOX 19028
SPRINGFIELD, IL 62794-9008

GARY CORBETT
1505 W. SAINT MARY'S ROAD
# 158
TUCSON, AZ 85745

GREGORY STOKES
98 SUMMIT DRIVE
FREEHOLD, NEW JERSEY 07728-0000

INDIANA DEPT. OF REVENUE
P.O. BOX 1028
INDIANAPOLIS, IN 46206

GARY CORBETT
1505 WEST SAINT MARY'S ROAD, #158
TUCSON, AZ 85745

GS1 US, INC.
DEPT 781271
P.O. BOX 78000
DETROIT, MI 48278-1271

INFOSYS TECHNOLOGIES, LTD
3998 COLLECTIONS CENTER DRIV
CHICAGO, IL 60693

GARY STROY
22448 TIM TAM COURT
LOS GATOS, CA 95033

GWENDOLYN WATANABE
6 BRIDLE LANE
NEWTOWN SQUARE, PA 19073

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

GEMINI PARTNERS, INC.
10900 WILSHIRE BLVD.
SUITE 300
LOS ANGELES, CA 90024

HANMI BANK
3660 WILSHIRE BLVD.
PH A
LOS ANGELES, CA 90010

IOWA DEPT. OF REVENUE
401 SW 7TH STREET, SUITE C
DES MOINES, IA 50309

GEORGE CHOI
191 MEADOWOOD DRIVE
PORTOLA VALLEY, CA 94028

HAROLD C. HOHBACH
(PER MARILYN HOHBACH)
29 LOWERY DRIVE
ATHERTON, CA 94027

IRON MOUNTAIN INC.
PO BOX 27129
NEW YORK, NY 10087-7129

GEORGIA DEPT. OF REVENUE
P.O. BOX 740239
ATLANTA, GA 30374

HICKORY PRINTING SOLUTIONS
725 REESE DRIVE SW
CONOVER, NC 28613

J. SCOTT ADAMS
57 STONECLIFF COVE DRIVE
DAWSONVILLE, GA 30534

GERALD BERNER/HARRIET BERNER
TRUST
1408 EDGEWOOD DRIVE
PALO ALTO, CA 94301

HIGHSTARR, INC
2661 RIVA ROAD
BLDG 700
ANNAPOLIS, MD 21401

JAMES D. MAGGI
PROFIT SHARING PLAN
ATTN: JAMES MAGGI
924 MANOR WAY
LOS ALTOS, CA 94024

GREGORY A. HARTZLER
130 NORTH MAIN STREET
GOSHEN, IN 46526

HITACHI CAPITAL AMERICA CORP.
7808 CREEKRIDGE CIRCLE
SUITE 250
MINNEAPOLIS, MN 55439

JAMES H. KOBAYASHI
POST OFFICE BOX 61100
HONOLULU, HAWAII 96839-0000

JAMES WOODWARD FAMILY TRUST
ATTN: J. WOODWARD & E. WASK
11512 HELMOND WAY
RALEIGH, NC 27617

KANSAS DEPT. OF REVENUE
COMPLIANCE ENFORCEMENT
915 SW HARRISON STREET
TOPEKA, KS 66625-2007

LUMP & CO.
C/O JOHN MACDONALD, M.D.
#323 POST OFFICE BOX 419580
KANSAS CITY, MO 64141


JEFF HASSEN
23045 HUMMINGBIRD WAY
CALABASAS, CA 91302

KARL JOHNSON
544 TENNYSON AVENUE
#202
PALO ALTO, CA 94301-3839

LINDSAY A. LAUTZ PROFIT SHAR
ATTN: LINDSAY A. LAUTZ
411 CAMINO SOBRANTE
ORINDO, CA 94563


JEFFREY G. ARCE TRUST
 ATTN: JEFFREY G. ARCE
1288 ALA MOANA BLVD., SUITE 201
HONOLULU, HAWAII 96814-0000

KELLY M. TYSON
22 10TH PL. SOUTH
KIRKLAND, WA 98033

LOUISIANA DEPT. OF REVENUE
P.O. BOX 91011
BATON ROUGE, LA 70821


JILL M. JOHNSON
5236 N LUDHAM AVENUE
CHICAGO, IL 60630

KENTUCKY STATE TREASURER
DEPT. OF REVENUE
FRANKFORT, KY 40620

M2 LEASE FUNDS, LLC
175 N. PATRICK BLVD.
SUITE 140
BROOKFIELD, WI 53045-5811


JOHN MILLER
928 OAK RIDGE ROAD
LOS GATOS, CA 95033

KEVIN GREENWELL

MACNAUGHTON INVESTMENTS L
ATTN: RUSSE KAUPU
1288 ALA MOANA BLVD., SUITE 2
HONOLULU, HAWAII 96814-0000


JOHN R. LAUTZ II
345 SAN MARCOS STREET #E
SAN GABRIEL, CA 91776

KFLP, LLC
 ATTN: PATRICK K. KOBAYASHI
1288 ALA MOANA BLVD., SUITE 201
HONOLULU, HAWAII 96814-0000

MACVRC PARTNERS
 ATTN: RUSSELL KAUPU
1288 ALA MOANA BLVD., SUITE 2
HONOLULU, HAWAII 96814-0000


JOHN SPITZNAGEL
419 TIDAL DRIVE
BEACH HAVEN, NJ 08008

LANGUAGE LINE SERVICES, INC.
PO BOX 202564
DALLAS, TX 75320

MARILYN A. HOHBACH
29 LOWERY DRIVE
ATHERTON, CA 94027


JOHN SPITZNAGEL
419 TIDAL DRIVE
LOVELADIES, NEW JERSEY 08008-0000

LAUREN POSOVSKY
306 GOLD STREET
#46
BROOKLYN, NY 11201

MASSACHUSETTS DEPT. OF REV
436 DWIGHT STREET # 401
SPRINGFIELD, MA 01103


JOHNSON & JOHNSON
DEVELOPMENT CORPORATION
ATTN: BRAD VALE
6500 PASEO PADRE PARKWAY
FREMONT, CA 94555

LAWRENCE C. GROTTE
332 DEVONSHIRE BLVD
SAN CARLOS, CA 94070

MEDIAID, INC
17517 FABRICA WAY
SUITE E
CERRITOS, CA 90703


JUSTIN S. MILLER
10900 WOODLAND FALLS DRIVE
GREAT FALLS, VA 22066

LCA BANK CORPORATION
3150 LIVERNOIS BLVD.
SUITE 300
TROY, MI 48083

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

METRO MEDICAL SUPPLY, INC.
DBA METRO MEDICAL SUPPLY
PO BOX 744691
ATLANTA, GA 30374-4691

MULTIVIEW, INC.
P.O. BOX 123806
DEPT 3806
DALLAS, TX 75312-3806

NIK P PASRICHA
897 ITHACA AVENUE
#318
SUNNYVALE, CA 94087

MICHAEL BEHAMDOUNI
107 DUCHASTEL
OUTERMONT, QUEBEC, CANADA H2V 3E9

MYERS BIGEL SIBLEY
& SAJOVEC, P.A.
PO BOX 37428
RALEIGH, NC 27627

NORTH CAROLINA DEPT. OF RE
ATTN: BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

MICHAEL COPPOLA
100 HARBORVIEW DRIVE
BALTIMORE, MD 21230

NEIL KLINE, M.D.
1002 LITITZ PIKE
# 229
LITITZ, PA 17543

OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH 45263

MICHAEL J. THOMAS
502 SCRIMSHAW WAY
SEVERNA PARK, MD 21146

NEVADA DEPT. OF TAXATION
COMMERCE TAX TEAM
1550 COLLEGE PARKWAY
CARSON CITY, NV 89706

OFTC, INC
PO BOX 553
FOREST HILLS, MD 21050

MICHIGAN DEPT. OF TREASURY
430 W. ALLEGAN STREET
LANSING, MI 48933

NEW JERSEY DEPT. OF LABOR
DIVISION OF EMPLOYER ACCOUNTS
P.O. BOX 059
TRENTON, NJ 08646-0059

OHIO BUREAU OF WORKERS' C
P.O. BOX 89492
CLEVELAND, OH 44101-6492

MINUTEMAN PRESS INC.
100 ROESLER RD
SUITE 101
GLEN BURNIE, MD 21060

NEW JERSEY DIVISION OF TAXATION
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-2450

OKLAHOMA TAX COMMISSION
2501 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73194

MISSOURI DEPT. OF REVENUE
301 W. HIGH STREET
JEFFERSON CITY, MO 65101

NEW YORK CITY DEPT. OF FINANCE
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201-3719

ONEWORLD BUSINESS FINANCELL
2407 S. CONGRESS AVENUE
SUITE E-224
AUSTIN, TX 78704

MNE HOLDINGS INC.
ATTN: G. MARKUS POLIVKA
POST OFFICE BOX 3050
HONOLULU, HAWAII 96802-0000

NEW YORK STATE
DEPT. OF TAXATION
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205-0300

PACWEST BANCORP
ATTN: KORI L. OGROSKY, EXECU
406 BLACKWELL STREET, SUITE 24
DURHAM, NC 27701

MONTECITO BANK & TRUST
C/O QUIE TRACK INS. SERVICES
P.O. BOX 3308
SANTA ROSA, CA 95402-3308

NEWBURY VENTURES
C/O BRUCE J. BAUER
255 SHORELINE DRIVE, #520
REDWOOD CITY, CA 94065

PARKER HANNIFIN CORPORATIO
7925 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

MORGAN LEWIS & BOCKIUS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

NEXTGEN HEALTHCARE, INC
18111 VON KARMAN AVENUE
SUITE 800
IRVINE, CA 92612

PATRICK K. KOBAYASHI
1288 ALA MOANA BLVD., SUITE 2
HONOLULU, HAWAII 96814-0000

PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80526

RANDALL T. HILDRETH
505 PARNASSUS AVENUE
L352, BOX 0628
SAN FRANCISCO, CA 82437-2036

SAFEGUARD BUSINESS SYSTEM
PO BOX 88043
CHICAGO, IL 60680-1043

PBM GRAPHICS, INC
725 REESE DR SW
CONOVER, NC 28613

RAYMOND A. WILLIAMS, JR.
C/O R. AUSTIN WILLIAMS
3 BASSETT LANE
ATHERTON, CA 94027

SAFEGUARD DELAWARE, INC.
1105 N. MARKET STREET
SUITE 1300
WILMINGTON, DE 19801

PENNSYLVANIA DEPT. OF REVENUE
BUREAU OF CORP. TAXES
P.O. BOX 280427
HARRISBURG, PA 17128-0427

REGUS
233 MT. AIRY RD
1ST FLOOR
BASKING RIDGE, NJ 07920

SAFEGUARD DELAWARE, INC.
ATTN: BRIAN J. SISKO
1105 N. MARKET STREET, SUITE 13
WILMINGTON, DE 19801

PHILADELPHIA INS. COMPANIES
PO BOX 70251
PHILADELPHIA, PA 19176

REGUS
10130 PERIMETER PARKWAY
SUITE 200
CHARLOTTE, NC 28216

SAFEGUARD SCIENTIFICS, INC.
170 NORTH RADNOR-CHESTER R
SUITE 200
RADNOR, PA 19087

PITNEY BOWES
GLOBAL FINANCIAL SERVICES LLC
PO BOX 371887
PITTSBURGH, PA 15250-7874

REID ALEXANDER WILLIAMS
13 VANDAM STREET
NEW YORK, NY 10013

SAFEGUARD SCIENTIFICS, INC.
ATTN: G. MATTHEW BARNARD, GC
170 NORTH RADNOR-CHESTER R 20
RADNOR, PA 19087

POWERS PYLES SUTTER
& VERVILLE P.C.
1501 M STREET, NW
SEVENTH FLOOR
WASHINGTON, DC 20005

RICHARD L. GOODE
13643 WILDCREST DR
LOS ALTOS, CA 94022

SALESFORCE.COM, INC.
THE LANDMARK AT ONE MARKE
# 300
SAN FRANCISCO, CA 94105

QUAKER BIO VENTURES II, L.P.
ATTN: GEORGE T. HARRIS
150 MONUMENT ROAD, SUITE 207
BALA CYNWYD, PA 19004

ROBERTS OXYGEN
1601 SOUTH CATON AVE
BALTIMORE, MD 21227

SCOTT B. RIDNER
5505 BLACKHAWK DRIVE
DANVILLE, CA 94506

QUAKER BIOVENTURES
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104

RONALD H. KOBAYASHI
2006 MCKINLEY STREET
HONOLULU, HAWAII 96822-0000

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

QUAKER BIVENTURES II, L.P.
CIRCA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

SECURITIES & EXCHANGE COMM
WASHINGTON, DC 20549

R. AUSTIN WILLIAMS
3 BASSETT LANE
ATHERON, CA 94027

S. ALLAN JOHNSON
1550 EL CAMINO REAL
SUITE 260
MENLO PARK, CA 94025

SECURITIES & EXCHANGE COMM
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGID
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SHEA VENTURES
JOHN MORRISSEY
655 BREA CANYON ROAD
WALNUT, CA 91789

SUSQUEHANNA COMMERCIAL, INC.
2 COUNTRY VIEW ROAD
SUITE 300
MALVERN, PA 19355

THEODORE R. KUCKLICK
22700 MIDPINE CT.
LOS GATOS, CA 95033

SHRED IT
PO BOX 13574
NEW YORK, NY 10087-3574

SYMMETRY SECONDARY
FUND 2004, LP
C/O MARSHALL GREENWALD
5220 SAND LAKE CT.
SARASOTA, FL 34238

THESEUS (MAURITIUS) LIMITED A
TRUSTEE OF THE LAVA TRUST
SUITE 510, 5TH FLOOR, BARKLY W
LE CAUDAN WATERFRONT
PORT LOUIS, MAURITIUS

SOFTWARE DESIGN PARTNERS, LLC
536 TRADE CENTER BLVD
CHESTERFIELD, MO 63005

T. BUD WARASHINA
2151 PARK BLVD.
PALO ALTO, CA 94306-1543

THOMAS J. FOGARTY
TRUSTEE
205 SOUTH DRIVE
SUITE B
MOUNTAIN VIEW, CA 94040

SOUTH CAROLINA
DEPT. OF REVENUE
P.O. BOX 12265
COLUMBIA, SC 29211-9979

TECHNOTIZ LLC
PO BOX 1071
GLEN BURNIE, MD 21061

THOMAS R. HOSFORD
210 TURNBRIDGE ROAD
BALTIMORE, MD 21212

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197

TENNESSEE DEPT. OF REVENUE
BANKRUPTCY DIVISION
P.O. BOX 20207
NASHVILLE, TN 37202-0207

TPG BIOTECHNOLOGY
 PARTNERS II, L.P.
301 COMMERCE STREET
SUITE 3300
FORT WORTH, TX 76102

SSI CONSULTING, INC
ATTN: SUPPORT SOLUTIONS, INC.
PO BOX 76016
BALTIMORE, MD 21275-6016

TERMINIX
TERMINIX PROCESSING CENTER
PO BOX 742592
CINCINNATI, OH 45274

TPG BIOTECHNOLOGY PARTNERII,
345 CALIFORNIA STREET
SUITE 3300
SAN FRANCISCO, CA 94104

ST. JOHN PROPERTIES
RICHARD WILLIAMSON, SVP
2560 LORD BALTIMORE DR.
WINDSOR MILL, MD 21244

TEXAS STATE COMPTROLLER
P.O. BOX 13528
AUSTIN, TX 78711-3528

UBS FINANCIAL SERVICES,
IRA ROLLOVER CC
ATTN: KATHRYN ELSEA, UBS IN
775 PAGE MILL ROAD
PALO ALTO, CA 94304

ST. JOHN PROPERTIES, INC.
ST. JOHN PROPERTIES, INC - D
PO BOX 62696
BALTIMORE, MD 21264

THE GEX FAMILY TRUST
ATTN: S. GEX & E. GEX
126 MONARCH BAY DRIVE
MONARCH BEACH, CA 92629

ULINE
PO BOX 88741
CHICAGO, IL 60680

STARLING FAMILY TRUST
ATTN: W. STARLING, JR.
345 GOLDEN HILLS DRIVE
PORTOLA VALLEY, CA 94028

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266

UNITED HEALTHCARE
PO BOX 740804
ATLANTA, GA 30374

STEVEN W. GUTMAN
13050 MARCELLA BLVD
LOXAHATCHEE, FL 33470

THE PAPAGENO TRUST #1002
RICARDO ROSENKRANZ MD, TRUSTEE
1200 N. LAKE SHORE DRIVE
CHICAGO, IL 60610

UNIV. OF MD ST. JOSEPH
MEDICAL CENTER
PO BOX 824778
PHILADELPHIA, PA 19182-4778

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

9017 GREENBORO LANE
LAS VEGAS, NV 89134

WS2N INVESTMENTS 93A
WILSON, SONSINI, GOODRICH & R
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

URGENTCARE MENTOR, LLC
155 WATERFORD CIRCLE
RANCHO MIRAGE, CA 92270

VONAGE BUSINESS
PO BOX 392479
PITTSBURGH, PA 15251-9479

WTI VENTURES
ATTN: S. ALLAN JOHNSON
1550 EL CAMINO REAL, SUITE 22
MENLO PARK, CA 94025

UTAH STATE TAX COMMISSION
210 N. 1950 W
SALT LAKE CITY, UT 84134

WALLY S. AND PATRICIA BUCH
REVOCABLE 199
ATTN: WALLEY S. AND PATRICIA BUCH
178 GLENWOOD AVENUE
ATHERTON, CA 94027

ZENTECH MANUFACTURING, INC
PO BOX 85079
CHICAGO, IL 60680

VASILE (CHUCK) RAMBA
6071 CALLE DE PROSPERO
#1
SAN JOSE, CA 95124

WALTER L. WALLACH
KRISTEN L. WALLACH, WALTER A. WALLACH
1449 RAVENSWOOD DRIVE
LOS ALTOS, CA 94022

VERISHIP
8880 WARD PARKWAY #300
KANSAS CITY, MO 64114

WARASHINA ASSOCIATES
2151 PARK BLVD.
PALO ALTO, CA 94306-1543

VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124

WARREN MORGAN
23511 CHAGRIN BOULEVARD
APT 217
BEACHWOOD, OH 44122

VERIZON
P.O. BOX 4830
TRENTON, NJ 08650-4830

WASHINGTON STATE DEPT. OF REVENUE
2101 4TH AVENUE, SUITE 1400
SEATTLE, WA 98121

VERIZON WIRELESS
P.O.BOX 25505
LEHIGH VALLEY, PA 18002-5505

WAYNE T. TANIGAWA
1610 KANUNU STREET, #1502
HONOLULU, HAWAII 96814-0000

VICTORY AWARDS
569 BALTIMORE ANNAPOLIS BLVD
SEVERNA PARK, MD 21146

WILLARD PACKAGING COMPANY
PO BOX 27
GAITHERSBURG, MD 20884

VIKAS JAIN, M.D.
4243 HONEY LOCUST DRIVE
NAPERVILLE, IL 60564

WIRELESS RESEARCH CENTER
3331 HERITAGE TRADE DR.
SUITE 101
WAKE FOREST, NC 27587

# United States Bankruptcy Court
## District of Delaware

In re   **NovaSom, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NovaSom, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Quaker Bioventures II, L.P.**
**Circa Centre**
**2929 Arch street**
**Philadelphia, PA 19104**

**Safeguard Delaware, Inc.**
**1105 N. Market Street**
**Suite 1300**
**Wilmington, DE 19801**

**TPG Biotechnology Partner II, L.P.**
**345 California Street**
**Suite 3300**
**San Francisco, CA 94104**

☐ None [*Check if applicable*]

**August 2, 2019**

Date

/s/ Peter C. Hughes
**Peter C. Hughes, Esq.**
Signature of Attorney or Litigant
Counsel for   **NovaSom, Inc.**
**DILWORTH PAXSON, LLP**
**One Customs House**
**704 N. Kings Street, Suite**
**(215) 575-7282**
**phughes@dilworthlaw.com**

/s/ Jeffrey Kurtzman
**CO-COUNSEL Jeffrey Kurtzman, Esq.**

**KURTZMAN | STEADY, LLC**
**401 S. 2nd Street, Suite 200**
**Philadelphia, PA 19147**
**(215) 883-1600**
**kurtzman@kurtzmansteady.com**

**RESOLUTION**
**OF**
**NOVASOM, INC.**


Upon motion duly made, seconded, and carried, the following resolutions were duly adopted by the vote of the directors present at a properly convened meeting of the board of directors (the "Board") of NovaSom, Inc. (the "Company"), a Delaware corporation, at which a quorum was present.

## I.    Chapter 11 Filing

**WHEREAS,** it has been proposed that the Company seek to sell its assets by seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, based on factors and information deemed relevant to the Board, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other interested parties that a voluntary petition (the "Petition") be filed pursuant to Chapter 11 of the Bankruptcy Code on behalf of the Company;

**FURTHER RESOLVED**, that the filing of a Petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that any officer of the Company (each, an "Officer" and collectively, the "Officers"), be and each hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") as such time as such Officer may determine;

**FURTHER RESOLVED**, that each of the Officers of the Company be and hereby are authorized to (a) execute and file all petitions, schedules of assets and liabilities, statements of financial affairs, lists and other papers to take any and all related actions that such Officers may deem necessary or proper in connection with such chapter 11 case, (b) execute, acknowledge, deliver and verify any and all documents necessary or proper in connection with the Petition and to commence the Company's chapter 11 case in such form or forms as such Officer may deem necessary or proper and in order to effectuate the foregoing resolutions, and (c) engage attorneys and other professionals as such Officer deems necessary or proper to accomplish the purposes of the resolutions;

**FURTHER RESOLVED**, that the law firms of Kurtzman | Steady, LLC and Dilworth Paxson LLP be and hereby are authorized, empowered, and directed to represent the Company as a debtor in connection with any chapter 11 case commenced by or against the Company under the Bankruptcy Code, and to (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as an Officer of the Company deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions, (b) execute, acknowledge,

deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing, and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Company's chapter 11 case as required by the applicable provisions of the Bankruptcy Code; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken prior to the date hereof by any Officer of the Company or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Company's chapter 11 case or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, ratified and confirmed in all respects as the acts and deeds of the Company as if such acts and deeds took place after the date of these resolutions.